UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-23726-CIV-ALTONAGA/Reid

**VICTOR ARIZA**,

    Plaintiff,
vs.

**ASICS AMERICA CORPORATION**,

    Defendant.
_____/

## ADMINISTRATIVE ORDER CLOSING CASE

**THIS CAUSE** came before the Court upon Defendant, Asics America Corporation's Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, filed on October 14, 2024 [ECF No. 7]. Defendant requests an extension of time to respond to Plaintiff's Complaint to allow time for the parties to resolve this matter without further litigation. (*See id.*). To conserve the parties' and judicial resources, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 15th day of October, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record