UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-23726-CIV-ALTONAGA/Reid

**VICTOR ARIZA**,

    Plaintiff,
v.

**ASICS AMERICA CORPORATION**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On October 15, 2024, the Court entered an Order Administratively Closing Case [ECF No. 19], requiring the parties to file a stipulation of dismissal within sixty (60) days of the Order. Subsequently, the Court extended this deadline, granting the parties until December 23, 2024, to comply. (*See* Dec. 16, 2024 Order [ECF No. 12]). To date, no stipulation of dismissal has been filed, nor have the parties requested additional time to comply.

Accordingly, it is

**ORDERED** that the case is **DISMISSED** without prejudice.

**DONE AND ORDERED** in Miami, Florida, this 26th day of December, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record